■ In the Matter of SRI CLYDE COLLINS, Appellant, v THOMAS A. COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents.—Judgment unanimously affirmed. Memorandum: Petitioner has not challenged Supreme Court's dismissal of the petition upon Statute of Limitations grounds, and our review of the record supports the dismissal upon that ground *(see,* CPLR 217). Therefore, we do not reach the issue raised on appeal. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.